IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Andrea Olshin )
20239 Locust Grove )
Rohrersville, MD 21779 )
) CIVIL ACTION NO: _____ CCB10CV3473
(Plaintiff) )
v. )        _____ FILED       _____ ENTERED
FMS, Incorporated )        _____ LOGGED    _____ RECEIVED
4915 S. Union Ave )
Tulsa, OK 74107-7839 )        DEC 1 0 2010
(Defendant)
                                                          CLERK . . . COURT
                                                          DISTRICT OF MARYLAND
                                           BY                       DEPUTY

## COMPLAINT

COMES NOW, the Plaintiff, pro se, Andrea Olshin ("Plaintiff"), and for Plaintiff's Complaint against Defendant, FMS, Incorporated ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count 1 of Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 U.S.C. 227 et seq. (TCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to language in the TCPA which states "(3) PRIVATE RIGHT OF ACTION.—A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State—
    (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
    (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
    (C) both such actions.

If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

3. Because Defendant conducts business in the State of Maryland, personal jurisdiction is established. Jurisdiction is also allowed under 28 USC 1331 "Federal Question"

4. Venue is proper pursuant to 28 U.S.C. 1391 et seq.

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202

## **PARTIES**

6. Plaintiff is a natural person who resides in Washington County, Maryland

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from someone who used to have Plaintiff's cell phone number. Defendant is registered to do business in the state of Maryland.

8. Plaintiff is informed and believes, and thereon alleges that Defendant is a national company with its headquarters in Tulsa, Oklahoma.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## Count 1- Violation of the TCPA

10. Defendant on or about October 15, 2010, constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for the alleged consumer debt that did not belong to the Plaintiff.  Defendant utilized an autodialer as defined in the TCPA to contact Plaintiff, when Plaintiff indicated she was not the person sought, Plaintiff was hung up on.

11. Plaintiff sent via fax to 918-749-5659 after calling the Defendant and asking for their fax number, a letter to the effect that their authorization to call Plaintiff's cell phone number had been revoked.  This letter was sent via fax and US mail to the address on the company's website.  The letter was sent on October 15, 2010.

12. Plaintiff continued to receive collection calls that were not for her.  Plaintiff sent a second letter dated November 15, 2010, via fax and US Mail to the Defendant.  Defendant failed to act on that letter as well.  Plaintiff indicated to Defendant that she was going to seek the statutory maximum of $1500.00 per call if the calls continued.

13. Plaintiff started logging calls on November 18, 2010 from Defendant. Defendant made the following autodialed calls to Plaintiff's cell phone without her authorization and consent:
- November 18, 2010 @ 3:43PM EST
- November 19, 2010 @ 8:54PM EST
- December 1, 2010 @ 8:30PM EST
- December 2, 2010 @ 3:54PM EST
- December 3, 2010 @ 11:04AM EST
- December 6, 2010 @ 6:55PM EST
- December 7, 2010 @7:36 PM EST
- December 8, 2010 @10:51AM EST

14. The calls made in paragraph 13 above are in violation of the TCPA and allow for treble damages as called for in paragraph (B) under (3) Private Right of Action of $1500.00 per call.

.

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against Defendant for the following:

15. Declaratory judgment that Defendant's conduct violated the Telephone Consumer Protection Act

16. Statutory damages in the amount of $12,000.00

17. Punitive damages in the amount of $20,000.00

18. Any other relief this Court deems just and proper

RESPECTFULLY SUBMITTED,

By: *[signature]*

Andrea Olshin, pro se
20239 Locust Grove Road
Rohrersville, MD 21779
240 520 1654

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that the Plaintiff, Andrea Olshin, hereby demands trial by jury in this action.

**AFFIDAVIT OF PLAINTIFF:**

**(STATE OF MARYLAND)**

**Plaintiff, Andrea Olshin, says as follows:**

- 4 -

1. I am the Plaintiff in this civil proceeding.
2. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
3. I have personally prepared the above entitled civil Complaint, and all allegations are based upon personal knowledge, information and belief formed after reasonable inquiry.
4. I believe that this Civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided, which are attached to the Complaint is a true and correct copy of the original.

Pursuant to 28 U.S.C. 1746(2), I, Andrea Olshin hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2010

_Andrea Olshin_
Andrea Olshin, Plaintiff

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.