IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANDREA OLSHIN | * | |
|     Plaintiff, | | |
|     v. | * | Civil Action Case No. CCB-10-3473 |
| FMS, INCORPORATED | * | |
|     Defendant. | | |
| | *** | |

O R D E R

On December 10, 2010, plaintiff, a resident of Rohresville, Maryland, filed this action against defendant, a debt-collection agency, under the Telephone Consumer Protection Act ("TCPA"). Accompanying the complaint is plaintiff's motion for leave to proceed *in forma pauperis* and an affidavit in support thereof. ECF No. 2. Upon consideration of the affidavit, the court finds that plaintiff has satisfied 28 U.S.C. § 1915(a) indigency requirements. Therefore, her motion shall be granted.

In light of plaintiff's indigency status, the United States Marshal shall effect service of process on defendant. *See* Fed. R. Civ. P. 4(c) (2). It does not appear, however, that plaintiff has furnished a completed 285 U.S. Marshal service of process form for defendant. Until plaintiff cures this problem, service shall not be ordered. The Clerk shall be directed to mail one copy of the 285 U.S. Marshal form to plaintiff, who must complete the form and return it within 28 days from the dates of this order. Failure to comply with this order may result in dismissal without prejudice of plaintiff's claims. Once the form is received, the Clerk and the U.S. Marshal are directed to take all necessary steps to effectuate service of process.

Accordingly, it is this 15th day of December, 2010, by the United States District Court for the District of Maryland, hereby ORDERED that:

    1.    Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 2) IS GRANTED;

2. Plaintiff IS GRANTED an ADDITIONAL TWENTY-EIGHT (28) DAYS from the entry date of this Order in which to provide a completed a 285 U.S. Marshal form;

3. Plaintiff is cautioned that the failure to comply with court order may result in the dismissal of this case without prejudice and without further notice;

4. Upon receipt of the U. S. Marshal form, the Clerk IS DIRECTED to issue summons and the U.S. Marshal IS DIRECTED to effectuate service of process on defendant at the address provided by plaintiff; and

5. The Clerk SHALL MAIL a copy of this Order and one copy of the 285 U.S. Marshal Service of process form to plaintiff.

_____/s/_____
Catherine C. Blake
United States District Judge