IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ANDREA OLSHIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FMS INC., )<br>Defendant )<br>_____) | Civil Action No.: CCB-10-cv-3473 |

## AFFIDAVIT OF JAISON LECOUNT

I, Jaison LeCount, having personal knowledge of the facts contained herein, being over the age of eighteen (18) years and being otherwise competent to testify in this matter, state as follows:

1. I was hired by FMS Inc. on November 28, 2005 and have been employed by FMS Inc. ever since. My present job title is Director of Information Technology/Security and in that capacity I have personal knowledge of the matters set forth below.

2. FMS Inc. utilizes an integrated dialing system called Guaranteed Contacts which is designed by Ontario Systems for the FACS/Arriva collection systems. FMS Inc. operates off of the FACS collection system.

3. Guaranteed Contacts does not have the ability to either randomly or sequentially dial telephone numbers.

4. FMS Inc. does not possess or have access to any technology which is capable of randomly and/or sequentially storing, producing, or dialing telephone numbers.

5. FMS Inc. also does not use artificial or prerecorded voices during its telephone calls.

6. A true and correct copy of the memorandum dated 09/30/2008 from manufacturer of FMS' telephone equipment is attached to the Defendant's Memorandum of Reasoning and Authorities as Exhibit B. In addition to my personal knowledge of the telephone equipment used by FMS Inc., Exhibit B also shows the type of telephone equipment that is used by FMS Inc.



EXHIBIT A

I SOLEMNLY DECLARE AND AFFIRM, UNDER THE PENALTIES OF PERJURY, THAT THE STATEMENTS MADE IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT. THIS AFFIDAVIT IS EXECUTED ON THIS 26TH DAY OF JANUARY, 2011.

_____
Jaison LeCount

STATE OF OKLAHOMA:

Subscribed and sworn to before me this 26th day of January, 2011.

_____
Notary Public

My Commission Expires on: 5-18-11

ROBIN ARCHER
Notary Public in and for the
State of Oklahoma
Commission #03006415
My Commission expires 5/18/2011