

**ONTARIOSystems**
Receivables Management
Information Systems

TO: Guaranteed Contacts Customer

FROM: Ontario Systems, LLC

DATE: September 30, 2008

RE: Guaranteed Contacts determination of what number to dial

This is an explanation of how the Guaranteed Contacts system determines the next number to dial within the predictive algorithm. This does not constitute a warranty as it relates to the 1991 TCPA FTC ruling.

The Guaranteed Contacts dialer is the integrated dialing solution for Ontario Systems FACS/Artiva collection systems. Guaranteed Contacts has a series of configuration screens that define what existing accounts need dialed, which phones on an existing account need dialed, and other configuration items. When Guaranteed Contacts dials a pool of existing accounts, it uses these configuration settings to determine and vary the volume of phone numbers to dial based on the results and conditions of the agents and call results during operations. Guaranteed Contacts generates the list of phone numbers and sequences the order of phone numbers to dial based on the configuration settings and database values stored in the FACS/Artiva collection systems. The programming code for Guaranteed Contacts does not include the ability to store or produce phone numbers using a random or sequential number generator.

1150 West Kilgore Avenue  Muncie, IN  47305-1588  Tel 765.751.7000



EXHIBIT B