IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANDREA OLSHIN | : | |
| | : | |
| v. | : | CIVIL NO. CCB-10-3473 |
| | : | |
| FMS, INCORPORATED | : | |

...o0o...

## **ORDER**

Having considered the pending motions, it is hereby **ORDERED** that:

1. the plaintiff's motion for leave to amend (ECF No. 6) is **Granted**;

2. any amended complaint must be filed no later than **March 7, 2011**,

3. the defendant's motion to dismiss (ECF No. 5) is **Denied without prejudice**, subject to renewal if warranted after the amended complaint is filed.


February 7, 2011                                              /s/
         Date                                         Catherine C. Blake
                                                      United States District Judge