<table>
<tr><td>
10509 JUDICIAL DRIVE<br>
SUITE 200<br>
FAIRFAX, VIRGINIA 22030<br>
(703) 246-0900<br>
FAX (703) 591-3673<br>
———<br>
#265<br>
111 S. CALVERT STREET<br>
SUITE 2700<br>
BALTIMORE, MARYLAND 21202<br>
(410) 625-5080
</td><td>
LAW OFFICES<br>
JORDAN COYNE & SAVITS, L.L.P.<br>
1100 CONNECTICUT AVENUE, N.W.<br>
SUITE 600<br>
WASHINGTON, D.C. 20036<br>
———<br>
(202) 296-4747<br>
Fax: (202) 496-2800<br>
www.jocs-law.com
</td><td>
305 HARRISON STREET, SE<br>
LEESBURG, VIRGINIA 20175<br>
(703) 443-2550<br>
———<br>
33 WOOD LANE<br>
ROCKVILLE, MARYLAND 20850<br>
(301) 424-4161<br>
———<br>
1 FLAG RUN<br>
HC 70, BOX 358<br>
DAVIS, WEST VIRGINIA 26260<br>
(304) 636-9037
</td></tr>
</table>

DEBORAH MURRELL WHELIHAN
DC AND MD BARS
DIRECT DIAL (202) 496-2810
E-Mail: d.whelihan@jocs-law.com

February 28, 2011

**VIA ECF ONLY**

The Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    Andrea Olshin, plaintiff, v. FMS, Inc., Defendant.
             USDC Case No.: CCB-10-cv-3473
             Our File No.:    4381.2011001

Dear Judge Blake:

    I represent the defendant, FMS, Inc. I am writing to report that the plaintiff and the defendant reached a settlement. I am in possession of the settlement documents that the plaintiff signed, but I do not yet have the settlement check from my client although I expect to have it this week to provide to Ms. Olshin to complete the settlement.

    In light of the settlement and in light of the deadlines for Ms. Olshin to file an amended complaint by March 7, 2011, I request that a settlement order pursuant to Local Rule of Civil Procedure 111 be entered. I will file a stipulation of dismissal after Ms. Olshin has been provided with the settlement check.

JORDAN COYNE & SAVITS, L.L.P.

The Honorable Catherine C. Blake
February 28, 2011
Page: 2

    Thank you for your courtesy. If you have any questions or require further information, please do not hesitate to contact me.

                          Very truly yours,

                          Deborah Murrell Whelihan

DMW:kws

cc: Ms. Andrea Olshin