IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ANDREA OLSHIN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FMS, Incorporated, )<br>)<br>Defendant. )<br>) | Civil Action No.: **CCB-10-cv-3473** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Rule 111.11, the Plaintiff, Andrea Olshin, pro se, and the Defendant, FMS Inc., by and through its respective and undersigned attorneys, stipulate to the dismissal with prejudice of the above captioned matter.

The Plaintiff and the Defendant further have agreed that each side shall be responsible for their own costs and attorney's fees, if any.

Respectfully submitted,

JORDAN, COYNE & SAVITS, L.L.P

/s/ Andrea Olshin                                   By:/s/ *Deborah Murrell Whelihan*

Andrea Olshin, pro se
20239 Locust Grove
Rohresville, MD 21779
Tel: 240.520.1654
email: andreaolshin@myactv.net

Deborah Murrell Whelihan, #05149
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
Telephone: (202) 296-4747
Facsimile:   (202) 496-2800
Email: d.whelihan@jocs-law.com
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Stipulation of Dismissal With Prejudice were sent electronically, through ECF and by email, on this 10th day of March, 2011, to:

>Ms. Andrea Olshin
>20239 Locust Grove
>Rohresville, MD 21779

>*/s/ Deborah Murrell Whelihan*
>Deborah Murrell Whelihan