| | | |
|---|---|---|
| **U.S. Department of Justice**  Case 1:10-cv-03473-CCB Document 14 Filed 03/22/11 Page 1 of 2 | **PROCESS RECEIPT AND RETURN** | |
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal"  on the reverse of this form.* | |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREA OLSHIN | CCB-10-3473 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| FMS, INCORPORATED | CIVIL PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CSC LAWYERS INCORPORATING SERVICE COMPANY

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7 ST PAUL ST, STE 1660, BALTIMORE MD 21202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREA OLSHIN
20239 LOCUST GROVE RD
ROHRERSVILLE, MD 21779

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

ADDRESS ABOVE IS RESIDENT AGENT FOR DEFENDANT.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 240-520-1654
DATE: 12-16-10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 37 | District to Serve No. 37 | Signature of Authorized USMS Deputy or Clerk | Date 12/21/10 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service | Time am/pm |
|---|---|---|
| | 1-6-11 | |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 55.00 | | 8.00 | 63.00 | | |

REMARKS:
Mailed certified return receipt
Service accepted 1-6-11.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  NANCY GRUENINGER  ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>FMS, INCORPORATED<br>CSC-LAWYERS INCORP SERVICE CO<br>7 ST. PAUL STREET, SUITE 1660<br>BALTIMORE, MD. 21202<br>CCB-10-3473           KMZ | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7010 1060 0001 0765 7669 |

PS Form 3811, February 2004      Domestic Return Receipt       102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7010 1060 0001 0765 7669

| | |
|---|---|
| Postage | $ 1.22 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To: FMS, INCORPORATED
Street, Apt. No.; or PO Box No.: CSC-LAWYERS INCORP SERVICE CO
7 ST. PAUL STREET, SUITE 1660
City, State, ZIP+4: BALTIMORE, MD. 21202
CCB-10-3473           KMZ

PS Form 3800,